IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TAYLRE KORECKY,

    Plaintiff,

v.

Case No. 9:19-cv-80442-DMM

DISCOVER BANK, JPMORGAN CHASE
BANK, N.A., and USAA FEDERAL
SAVINGS BANK,

    Defendants.

_____/

## JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT DISCOVER BANK ONLY

The Plaintiff, Taylre Korecky, and Defendant Discover Bank, by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, give notice, agree and stipulate that all claims asserted against Defendant Discover Bank are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Plaintiff's claims against JPMorgan Chase Bank, N.A. and USAA Federal Savings Bank remain pending before this Court.

Dated: June 14, 2019.

| | |
|---|---|
| */s/ Joshua A. Mize* | */s/* Mark E. Steiner |
| **Joshua A. Mize, Esq.** | **MARK E. STEINER** |
| Florida Bar No. 86163 | Florida Bar No. 28513 |
| **MIZE LAW, PLLC** | **Liebler, Gonzalez & Portuondo** |
| 110 Front Street, Suite 300 | Courthouse Tower - 25th Floor |
| Jupiter, FL 33477 | 44 West Flagler Street |
| Phone: (407) 913-6800 | Miami, FL 33130 |
| Fax: (407) 604-7410 | Tel: (305) 379-0400 |
| Email: jmize@mize.law | Email: service@lgplaw.com |
| | |
| *Attorney for the Plaintiff, Taylre Korecky* | *Attorney for Discover Bank* |