UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80442-CV-MIDDLEBROOKS

TAYLRE KORECKY,

    Plaintiff,

v.

DISCOVER BANK, JPMORGAN CHASE BANK, N.A., and USAA FEDERAL SAVINGS BANK,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Stipulation for Dismissal with Prejudice as to Defendant Discover Bank Only, filed on June 14, 2019. (DE 29). Defendant Discover Bank was dismissed *without* prejudice on May 31, 2019, on the Parties' prior Stipulation. (DE 27). The Parties now stipulate dismissal *with* prejudice. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required.

Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) Defendant Discover Bank is **DISMISSED WITH PREJUDICE**.

(2) Plaintiff and Defendant Discover Bank shall bear their own fees and costs.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19 day of June, 2019.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record